221 So.2d 520

# Mrs. Ida Wiggins MURPHY et al.

## v.

# Dan Thomas AYERS.

## No. 49779.

### May 5, 1969.

In re: Mrs. Ida Wiggins McInnis, widow of Wiggins M. McInnis applying for certiorari, or writ of review, to the Court of Appeal, Second Circuit, Parish of Bienville. 219 So.2d 794.

Writ refused. The result reached by the Court of Appeal is correct.

221 So.2d 521

# Mrs. Dixie HARNEY

## v.

# Charles L. KOUNTZ, Jr., and Lumbermens Mutual Casualty Company.

## No. 49780.

### May 5, 1969.

In re: Mrs. Dixie Harney applying for certiorari or writ of review, to the Court of Appeal, Fourth Circuit, Parish of Orleans. 218 So.2d 913.

Writ refused. On the facts found by the Court of Appeal, we find no error of law in its judgment.